UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : 3:21-CR-159-1 |
| | : |
| ANDREW DANIELS, | : |
| | : |
| Defendant | : |

**PLEA**

*FILED WILKES BARRE JUN 11 2021 PER m⌐ DEPUTY CLERK*

AND NOW, this **11** day of **June, 2021,** the within named Defendant, ANDEW DANIELS, having been arraigned in open Court, hereby pleads **NOT GUILTY** to the within Indictment.

_____
Defendant